UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IGLESIA CRISTIANA LA
NUEVA JERUSALEM, INC.   Case No: 8:12-bk-08724-KRM

Debtors.

Chapter 11

_____/

UNOPPOSED MOTION OF RELIANCE TRUST COMPANY FOR
PARTIAL RELIEF FROM THE AUTOMATIC STAY

Reliance Trust Company, as Trustee of the Iglesia Cristiana La Nueva Jerusalem, Inc., $4,720,000.00 First Mortgage Bonds, 2005 Series, Dated August 5, 2005, ("Reliance"), a secured creditor of the debtor, Iglesia Cristiana La Nueva Jerusalem, Inc. F/K/A New Jerusalem Christian Church, Inc., ("Debtor"), by and through its undersigned counsel, and pursuant to 11 U.S.C. § 362 (d), moves this Court for partial relief from the automatic stay. As grounds in support, Reliance respectfully states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. 157 (b)(2).

2. Venue of this case and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicate for the relief requested in this Motion is U.S.C. § 362 (d), of the Bankruptcy Code, as complemented by Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

{24575274;2}

## FACTUAL BACKGROUND

4. On or about August 5, 2005, the Debtor issued $4,720,000.00 First Mortgage Bonds, 2005 Series, dated August 5, 2005 (the "Bonds"), pursuant to a Trust Indenture Number 2412550 (the "Trust Indenture"). A true and correct copy of the Trust Indenture is attached hereto as **Exhibit "A"** and incorporated herein.

5. On or about July 14, 2005, and pursuant to the Trust Indenture, the Debtor executed and delivered to Reliance a Mortgage, Assignment of Rents, and Security Agreement, Financing Statement and Fixture Filing (initially, and as subsequently amended and modified, the "Mortgage"). The Mortgage, and all amendments or modifications thereto, encumbers certain real and personal property, including but not limited to, the land and buildings owned by the Debtor and located in Hillsborough County, Florida (collectively, the "Mortgaged Property"). The Mortgage was recorded on August 5, 2005, commencing at Official Records Book 15334 Page 0601, of the Public Records of Hillsborough County, Florida. A true and correct copy of the Mortgage is attached hereto as **Exhibit "B"** and incorporated herein.

6. The Mortgage was then amended pursuant to a certain Amendment to Mortgage, Assignment of Rents, and Security Agreement, Financing Statement and Fixture Filing, dated September 8, 2005 (the "Amendment"). The Amendment was recorded on September 14, 2005, commencing at Official Records Book 15504 Page 0483, of the Public Records of Hillsborough County, Florida. A true and correct copy of the Amendment is attached hereto as **Exhibit "C"** and incorporated herein.

7. The Debtor also delivered a UCC-1 Financing Statement to Reliance, which together with the Mortgage evidenced and perfected Reliance's security interest in the Mortgaged Property (the "Financing Statement"). The Financing Statement was recorded on August 5,

2005, commencing at Official Records Book 15334, Page 0620, of the Public Records of Hillsborough County, Florida. A true and correct copy of the Financing Statement is attached hereto as **Exhibit "D"** and incorporated herein.

8. Reliance is the owner and holder of the Trust Indenture, Mortgage, Amendment, and Financing Statement (collectively, the "Loan Documents").

9. The Debtor defaulted in the performance of the terms, conditions, and covenants of the Loan Documents by, among other things, failing to pay in full when due the required monthly sinking fund payments due under the Trust Indenture and by failing to maintain a $50,000.00 balance in the sinking fund reserve account (together these failures will be referred to as the "Default"). As a result of the aforementioned Default, Reliance declared all indebtedness due under the Loan Documents to be immediately due and payable.

10. By letters dated February 7, 2011, and March 27, 2012, Reliance notified the Debtor of the Default. True and correct copies of the Notices of Default are attached hereto as **Composite Exhibit "E"** and incorporated herein.

11. The Debtor failed to cure the Default under the Loan Documents.

12. Accordingly, Reliance filed a verified complaint to foreclosure its Mortgage and for other relief on or about May 9, 2012, in a case styled: *Reliance Trust Company, as Trustee of the Iglesia Cristiana La Nueva Jerusalem, Inc., $4,720,000.00 First Mortgage Bonds, 2005 Series, Dated August 5, 2005 v. Iglesia Cristiana La Nueva Jerusalem Inc., F/K/A New Jerusalem Christian Church, Inc.*, Case No.: 12-CA-007483, in the Thirteenth Judicial Circuit in and for Hillsborough County, Florida (the "State Court Action").

13. The Debtor's Answer to the verified complaint filed in the State Court Action was due on or before June 7, 2012.

14. Additionally in the State Court Action, on Reliance's motion, the Circuit Court issued an Order to Show Cause Why Final Judgment of Foreclosure Should Not Be Entered and set a hearing on this Order for July 12, 2012.

15. On June 4, 2012 (the "Petition Date"), the Debtor commenced a voluntary case under Chapter 11 of the Bankruptcy Code in this Court.

16. Along with its voluntary petition, the Debtor filed its Schedules and Statement of Financial Affairs [Docket Entry # 1]. Pursuant to Schedule A, the Debtor listed an ownership interest in two separate real property assets with the following addresses: (1) 6616 E Chelsea Street, Tampa, FL 33610 (the "Church Property"); (2) 3101 Kingsway Road, Seffner, FL 33584 (the "School Property").

17. Pursuant to the Mortgage and Loan Documents, the Debtor granted Reliance a security interest in both the Church Property and the School Property.

18. The Debtor's Schedule A reflects a total value of the Church Property and School Property to be equal to $4,430,000.00 and the amount of Reliance's Secured Claim on these properties to be equal to $5,028,413.00.

## RELIEF REQUESTED

19. Reliance now requests partial relief from the automatic stay pursuant to 11 U.S.C. § 362(d), in order to allow Reliance to foreclose its security interest against the Church Property. Section 362 of the Bankruptcy Code provides that relief shall be granted either (1) for cause, including lack of adequate protection of an interest in property or (2) if the debtor lacks equity in the property where such property is not necessary for an effective reorganization. 11 U.S.C. §§ 362(d)(1)-(2).

20. Based upon the values provided in Debtor's own schedules, there is no equity in the Church Property and School Property beyond the secured claim of Reliance, and the Debtor has now consented that the Church Property is not necessary for an effective reorganization.

21. Further, the Debtor is unable to provide adequate protection payments for both the School Property and the Church Property as required by the terms of the Court's ruling made at the hearing on Debtor's Emergency Motion to use Cash Collateral conducted on June 12, 2012.

22. As the Debtor is unable to provide Reliance adequate protection and the Church property is not necessary for its effective organization, Reliance will continue to suffer irreparable harm from continuation of the automatic stay.

23. Based on the foregoing, Reliance respectfully requests that it be granted partial relief from the automatic stay under 11 U.S.C. § 362(d) to foreclose its security interest against the Church Property.

24. In light of the Debtor's consent to this motion, Reliance respectfully requests that Rule 4001(a)(3) of the Bankruptcy Rules be waived and the Court grant this motion immediately.

WHEREFORE, Reliance Trust Company, as Trustee of the Iglesia Cristiana La Nueva Jerusalem, Inc., $4,720,000.00 First Mortgage Bonds, 2005 Series, Dated August 5, 2005, respectfully requests entry of an Order, pursuant to 11 U.S.C. § 362(d), granting Reliance, partial relief from the automatic stay imposed by 11 U.S.C. § 362(a) to allow Reliance to continue foreclosure of its interests in the Church Property, and granting such other and further relief as the Court deems proper.

Dated this August 3, 2012.

AKERMAN SENTERFITT

/s/ Gregory M. McCoskey
**GREGORY MCCOSKEY, ESQUIRE**
Florida Bar Number: 0089850
**STEVEN R. WIRTH, ESQUIRE**
Florida Bar Number: 170380
**JASON M. EBERT, ESQUIRE**
Florida Bar Number: 55746
SunTrust Financial Centre
401 E. Jackson Street, Suite 1700
Tampa, FL 33602
Phone: (813) 223-7333
Fax: (813) 223-2837
E-mail: gregory.mccoskey@akerman.com
E-mail: steven.wirth@akerman.com
E-mail: jason.ebert@akerman.com
*Attorneys for Reliance Trust Company, as Trustee of the Iglesia Cristiana La Nueva Jerusalem, Inc., $4,720,000.00 First Mortgage Bonds, 2005 Series, Dated August 5, 2005*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants. I FURTHER CERTIFY that a true and correct copy has been sent via U.S. Mail, this 3rd day of August, 2012, to Iglesia Cristiana La Nueva Jerusalem, Inc., PO Box 636, Seffner, FL 33583; David W. Steen, Esq., 13902 North Dale Mabry Hwy., Suite 110, Tampa, FL 33618; Denise E. Barnett, Esq., 501 E. Polk Street, Suite 1200, Tamp, FL 33602; Office of the United States Trustee-TPA, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602 and all parties on Local Rule 1007-2 Parties in Interest List.

/s/Gregory M. McCoskey
Attorney

Label Matrix for local noticing
113A-8
Case 8:12-bk-08724-KRM
Middle District of Florida
Tampa
Fri Aug  3 14:32:25 EDT 2012

American Express
PO Box 650448
Dallas, TX 75265-0448

Bank of America
PO Box 15796
Wilmington, DE 19886-5796

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Home Depot Credit Services
PO Box 183175
Columbus, OH 43218-3175

Reliance Trust Co Trustee of Iglesia
Cristiana La Nueva Jerusalem, Inc.
c/o Gregory McCoskey, Akerman Senterfitt
401 E Jackson St., Suite 1700
Tampa, FL 33602-5250

Sam's Club
PO Box 530981
Atlanta, GA 30353-0981

Staples Credit Plan
PO Box 689020
Des Moines, IA 50368-9020

Terminix International
c/o Focus Receivables Mngmnt
1130 Northchase Parkway #150
Marietta, GA 30067-6429

End of Label Matrix
Mailable recipients     8
Bypassed recipients     0
Total                   8